UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CURT E. LIEBMAN ) | Chapter 7 |
| ) | |
| Debtor ) | Case No. 18-33025-jal |
| ) | |

## ORDER DISMISSING
**********************************

This matter came before the Court upon the Motion to Dismiss filed by Paul A. Randolph, the Acting United States Trustee for Region 8 (the "United States Trustee"). Due and appropriate notice having been given; it appearing to the Court that the granting of relief to Curt E. Liebman would be an abuse of the provisions of chapter 7; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that this chapter 7 case is **DISMISSED** pursuant to 11 U.S.C. § 707(b)(2).

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: March 12, 2019

TYLER R. YEAGER
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6000